1  MICHAEL S. DICKE (Admitted to Cal. bar)
   SUSAN F. LAMARCA (Admitted to Cal. bar)
2       lamarcas@sec.gov
   DAVID A. BERMAN (Admitted to N.Y. bar)
3       bermand@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, 28th Floor
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:   (415) 705-2501

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 13-cv-157-LRS |
| Plaintiff, | STIPULATION AND ORDER AS TO USA REAL ESTATE FUND 1, INC. |
| v. | |
| USA REAL ESTATE FUND 1, INC. and DANIEL F. PETERSON, | |
| Defendants. | |

**WHEREAS**, on April 24, 2013, plaintiff Securities and Exchange Commission (the "Commission") filed its complaint in this action against defendants USA Real Estate Fund 1, Inc. ("USA Fund") and Daniel F. Peterson, which complaint was served upon USA Fund, through its agent, on April 25, 2013;

**WHEREAS**, on April 25, 2013, the Commission moved for a Preliminary Injunction against defendants seeking to enjoin them from engaging in certain ongoing conduct and from violating certain provisions of the federal securities laws;

**WHEREAS**, the Commission's motion is currently pending only against USA Fund, as defendant Peterson and the Commission stipulated, and the Court so ordered, that Peterson would be enjoined from certain conduct during the pendency of this litigation and until further order of this Court;

**WHEREAS**, the Court has jurisdiction over the parties and the subject matter of this action, pursuant to Sections 21(d), 21(e), and 27 of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78u(d), 78u(e), and 78aa];

**THEREFORE**, the Commission and USA Fund stipulate and agree, and ask the Court to adopt as its Order the following:

A.   To avoid further litigation of preliminary issues, upon entry of the following agreed-upon order, the Commission shall, and hereby does, withdraw its Motion for Preliminary Injunction against USA Fund, without prejudice to the Commission's right to move the Court for the same, or similar, relief at a later date, if the Commission determines that such relief becomes necessary;

B.   Defendant USA Fund and its subsidiaries, parent, agents, servants, employees, attorneys-in-fact, directors, affiliates and those persons in active concert or participation with any of them, agree not to solicit, directly or indirectly, any person or entity to purchase or sell any security, including without limitation any security issued by USA Fund or an affiliate, until released of such restriction by further Order of this Court;

1  C. Except to the extent necessary to conduct its defense in this litigation,
Defendant USA Fund and its subsidiaries, parent, agents, servants, employees,
attorneys-in-fact, directors, affiliates and those persons in active concert or
participation with any of them, agree not to sell, transfer, expend, assign, waste,
dissipate, convert, encumber, mortgage, lend, or otherwise dispose of any funds,
securities, assets, claims, or any property wherever located for any purpose, or
anything of value, until released of such restriction by further Order of this Court;

D. Except to the extent necessary to conduct its defense in this litigation,
Defendant USA Fund and its subsidiaries, parent, agents, servants, employees,
attorneys-in-fact, directors, affiliates and those persons in active concert or
participation with any of them, agree not to accept, receive, borrow, or otherwise
obtain any funds, securities, assets, claims, or any property wherever located for any
purpose, or anything of value, until released of such restriction by further Order of
this Court;

E. Defendant USA Fund and its subsidiaries, parent, agents, servants,
employees, attorneys-in-fact, directors, affiliates and those persons in active concert
or participation with any of them, agree not to enter into any agreements,
arrangements or promises obligating or giving any of them the option, to, in the
future, conduct any business described in paragraphs B, C, or D, above, until
released of such restriction by further Order of this Court.

**IT IS SO STIPULATED**:          June 28, 2013

/s/
Susan F. LaMarca
David A. Berman
Attorneys for Plaintiff
SECURITIES & EXCHANGE COMMISSION

/s/
J. Gregory Lockwood
Attorney for Defendants Daniel F. Peterson
and USA Real Estate Fund 1, Inc.

**IT IS HEREBY ORDERED** that:

A. The Motion for Preliminary Injunction against USA Fund is hereby withdrawn, without prejudice to the Commission's right to move the Court for the same, or similar, relief at a later date.

B. Defendant USA Fund and its subsidiaries, parent, agents, servants, employees, attorneys-in-fact, directors, affiliates and those persons in active concert or participation with any of them, shall not solicit, directly or indirectly, any person or entity to purchase or sell any security, including without limitation any security issued by USA Fund or an affiliate, until released of such restriction by further Order of this Court;

C. Except to the extent necessary to conduct its defense in this litigation, Defendant USA Fund and its subsidiaries, parent, agents, servants, employees, attorneys-in-fact, directors, affiliates and those persons in active concert or participation with any of them, shall not sell, transfer, expend, assign, waste, dissipate, convert, encumber, mortgage, lend, or otherwise dispose of any funds, securities, assets, claims, or any property wherever located for any purpose, or anything of value, until released of such restriction by further Order of this Court;

D. Except to the extent necessary to conduct its defense in this litigation, Defendant USA Fund and its subsidiaries, parent, agents, servants, employees, attorneys-in-fact, directors, affiliates and those persons in active concert or participation with any of them, shall not accept, receive, borrow, or otherwise obtain any funds, securities, assets, claims, or any property wherever located for any purpose, or anything of value, until released of such restriction by further Order of this Court;

E. Defendant USA Fund and its subsidiaries, parent, agents, servants, employees, attorneys-in-fact, directors, affiliates and those persons in active concert or participation with any of them, shall not enter into any agreements, arrangements or promises obligating or giving any of them the option, to, in the future, conduct

1  any business described in paragraphs B, C, or D, above, until released of such
2  restriction by further Order of this Court.

3
4
      The District Court Executive is directed to enter this order.
5
6  DATED this 11th day of July, 2013.
7
8
                                              *s/Lonny R. Suko*
9
10
11                                           LONNY R. SUKO
12                                    United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28