JINA L. CHOI (Admitted to N.Y. bar)
SUSAN F. LAMARCA (Admitted to Cal. bar)
  lamarcas@sec.gov
DAVID A. BERMAN (Admitted to N.Y. bar)
  bermand@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 28th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    v.<br><br>USA REAL ESTATE FUND 1, INC. and DANIEL F. PETERSON,<br><br>            Defendants. | Case No. 13-cv-157-LRS<br><br>FINAL JUDGMENT AS TO DEFENDANT USA REAL ESTATE FUND, INC. and DEFENDANT DANIEL F. PETERSON |

1    This matter came before the Court on Plaintiff Securities and Exchange
2    Commission's (the "Commission" or the "SEC") Motion for Default Judgment as to
3    Defendant USA Real Estate Fund 1, Inc. ("USA Fund") and for Final Judgment as
4    to Daniel F. Peterson. Based upon the submissions of the parties, the materials in the
5    record, and good cause appearing therefrom, the Court finds:

6        1.      Defendant USA Fund is in default and the Clerk is directed to enter
7    defendant USA Fund's default.

8        2.      The Commission has demonstrated that a default judgment against
9    Defendant USA Fund is appropriate, and on this basis, the Court finds that
10   defendant USA Fund violated Section 10(b) of the Securities Exchange Act, 15
11   U.S.C. § 78j(b), and Exchange Act Rule 10b-5, 17 C.F.R. § 240.10b-5, and Section
12   17(a) of the Securities Act, 15 U.S.C. § 77q(a), as alleged in the complaint.  The
13   SEC's motion for default judgment is therefore GRANTED.

14       3.      The Commission has also demonstrated that, unless restrained or
15   enjoined, defendants have each engaged in, and are both likely again to engage in,
16   transactions, acts, practices and courses of business which constitute violations of
17   the federal securities laws, namely Section 10(b) of the Exchange Act and Rule 10b-
18   5, and Section 17(a) of the Securities Act.  Accordingly, after considering the
19   appropriate equitable considerations and giving weight to the public's interest, the
20   SEC's motion for final judgment against Defendant Peterson, and the motion for
21   default judgment against Defendant USA Fund, ECF No. 60, are hereby
22   GRANTED.

23

24       IT IS THEREFORE ORDERED:

25                                        **I.**

26       Defendant Daniel F. Peterson, his agents, servants, employees, attorneys, and
27   those persons in active concert or participation with any of them, who receive actual
28   notice of this Final Judgment, by personal service or otherwise, and each of them,

are permanently restrained and enjoined from directly or indirectly participating in the issuance, offer, or sale of any security of USA Real Estate Fund 1, Inc. and its subsidiaries.

## II.

Defendant Daniel F. Peterson, his agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Final Judgment, by personal service or otherwise, and each of them, are permanently restrained and enjoined from directly or indirectly soliciting any person or entity to purchase or sell any security.

## III.

Defendant Daniel F. Peterson and USA Real Estate Fund 1, Inc., and each of their respective agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Final Judgment, by personal service or otherwise, and each of them, are permanently restrained and enjoined from directly or indirectly, by the use of any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange:

      a.    employing any device, scheme, or artifice to defraud;

      b.    making any untrue statement of a material fact or omitting to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

      c.    engaging in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person;

in connection with the purchase or sale of any security, in violation of Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Exchange Act Rule 10b-5, 17 C.F.R. § 240.10b-5.

## IV.

Defendant Daniel F. Peterson and USA Real Estate Fund 1, Inc., and each of their respective agents, servants, employees, attorneys, and those persons in active concert or participation with any of them, who receive actual notice of this Final Judgment, by personal service or otherwise, and each of them, are permanently restrained and enjoined from, in the offer or sale of any securities, by the use of any means or instruments of transportation or communication in interstate commerce or by the use of the mails, directly or indirectly:

1.    employing any device, scheme, or artifice to defraud;

2.    obtaining money or property by means of any untrue statement of a material fact or any omission to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

3.    engaging in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser;

in violation of Section 17(a) of the Securities Act of 1933, 15 U.S.C. § 77q(a).

## V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Daniel F. Peterson and USA Real Estate Fund 1, Inc., and each of them, are jointly and severally liable for disgorging ill-gotten gains $435,495, together with prejudgment interest thereon in the amount of $1,394.70, for a total disgorgement of $436,889.70.  Defendants shall make payment of the total amount within thirty (30) days by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission and shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Defendant Daniel F. Peterson or USA Real Estate Fund 1, Inc. as a defendant in this action; setting forth the title and civil action number of this action and the name of

this Court; and specifying that payment is made pursuant to this Final Judgment.
Defendants shall pay post-judgment interest on any delinquent amounts pursuant to
28 USC § 1961.  The Commission shall remit the funds paid pursuant to this
paragraph to the United States Treasury.

## VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant
Daniel F. Peterson shall pay a civil penalty in the amount of $105,000.00 pursuant to
Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)] and Section 20(d) of the
Securities Act [15 U.S.C. § 77t(d)].  Defendant shall make this payment within
thirty (30) business days after entry of this Final Judgment by certified check, bank
cashier's check, or United States postal money order payable to the Securities and
Exchange Commission.  The payment shall be delivered or mailed to the Office of
Financial Management, Securities and Exchange Commission, Operations Center,
6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be
accompanied by a letter identifying Daniel F. Peterson as a defendant in this action;
setting forth the title and civil action number of this action and the name of this
Court; and specifying that payment is made pursuant to this Final Judgment.
Defendant shall pay post-judgment interest on any delinquent amounts pursuant to
28 USC § 1961.  The Commission shall remit the funds paid pursuant to this
paragraph to the United States Treasury.

## VII.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant
USA Real Estate Fund 1, Inc. shall pay a civil penalty in the amount of $105,000.00
pursuant to Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)] and Section
20(d) of the Securities Act [15 U.S.C. § 77t(d)].  Defendant shall make this payment
within thirty (30) business days after entry of this Final Judgment by certified check,
bank cashier's check, or United States postal money order payable to the Securities
and Exchange Commission.  The payment shall be delivered or mailed to the Office

of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying USA Real Estate Fund 1, Inc. as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

The Clerk of the Court is directed to enter this order, forward copies to counsel of record and CLOSE THE FILE.


Dated this 12<u>th</u> day of September, 2014.


*s/Lonny R. Suko*

_____
LONNY R. SUKO
United States District Judge